```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF GEORGIA
```

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING CONFIRMATION HEARING**

```
CASE NO.   A13-70156-MGD         MARY GRACE DIEHL, JUDGE
DEBTOR(S): ULRICA ANN BAILEY     DATE: DECEMBER 11, 2013

     K. EDWARD SAFIR REPORT BACK IN 10 DAYS

     WHETHER DEBTOR'S PLAN PAYMENTS CURRENT.

     THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

     RECOMMENDS AGAINST CONFIRMATION BECAUSE:
     DEBTOR'S PLAN PAYMENTS REMAIN DELINQUENT.
     PLEASE ENTER AN ORDER OF DISMISSAL.


     January 15, 2014



                         _____/s/_____
                         OFFICE OF THE CHAPTER 13 TRUSTEE
                         K. EDWARD SAFIR, ESQUIRE
                         STATE BAR NO. 622149
```

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N. E.
Atlanta, GA  30303-1740
(404) 525-1110
eds@atlch13tt.com

```
A13-70156-MGD
```

## CERTIFICATE OF SERVICE

This is to certify that I have this day served

```
DEBTOR(S):

ULRICA ANN BAILEY
728 DEERWOOD DRIVE
STOCKBRIDGE, GA 30281

ATTORNEY FOR DEBTOR(S):

CLARK & WASHINGTON, PC
3300 NE EXPRESSWAY
SUITE A, BUILDING 3
ATLANTA, GA 30341
```

in the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 15th day of January 2014

```
_____/s/_____
OFFICE OF THE CHAPTER 13 TRUSTEE
K. EDWARD SAFIR, ESQUIRE
STATE BAR NO. 622149




Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N. E.
Atlanta, GA  30303-1740
(404) 525-1110
```
eds@atlch13tt.com